O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MONTANO, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> GREG LEWIS, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV 12-04517 DMG (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of MICHAEL ANTHONY MONTANO, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  April 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE